JOHN MILTON V. STATE OF NEBRASKA.

FILED MAY 29, 1931. No. 27869.

*William N. Jamieson* and *Ray W. McNamara,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein,* contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ.

PER CURIAM.

Error proceedings from conviction for violation of liquor laws.

JUDGMENT AFFIRMED.